IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                     No. 4:12CR00158-001 KGB

EDWIN LOPEZ                                                           DEFENDANT

## ORDER

Defendant Edwin Lopez's Motion for Continuance filed September 5, 2013, is hereby granted (Dkt. No. 33). The sentencing hearing scheduled for Tuesday, September 10, 2013, shall be removed from the Court's calendar and reset by separate order.

IT IS SO ORDERED this 6th day of September, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE